UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO VILLASENOR, | No. 2:09-cv-3182-JAM-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF FAIRFIELD, et al., | |
| Defendants. | |

The court is in receipt of an August 23, 2018 letter from attorney Jimmy Phavasiri with the Shah Peerally Law Group PC, requesting the court to sign a form I-918 Supplement B for his client, Hugo Villasenor, so that Mr. Villasenor may apply for a U Visa based on his alleged status as a victim of a crime. According to Mr. Phavasiri, his client was the victim of a felonious assault by two police officers from the City of Fairfield Police Department. Mr. Phavasiri's letter enclosed the docket sheet of this action, <u>Villasenor v. City of Fairfield, et al.</u>, Case No. 2:09-cv-3182-JAM-KJN, in which plaintiff alleged claims under 42 U.S.C. § 1983 and related state law claims based on alleged use of excessive force against plaintiff by City of Fairfield police officers during an October 4, 2008 incident. The court has multiple and serious concerns regarding Mr. Phavasiri's request.

////

1

First, the request was not filed on the official record of any case, but simply mailed to chambers. It is not this court's practice to conduct matters informally and off the record.

Second, even if Mr. Phavasiri had filed the request on the official record of a case, he does not appear to be a licensed member of the bar of this district.[1] As such, he could not represent litigants in this court, nor did he previously represent Mr. Villasenor before this court.

Third, the civil rights action referenced above was dismissed with prejudice on July 13, 2011, and the Ninth Circuit Court of Appeals subsequently affirmed on July 20, 2012. (ECF Nos. 55, 62.) Thus, there is no active case concerning Mr. Villasenor pending in this court.

Fourth, even if the court could look past the above-listed concerns, the court has no basis on the record before it to find, as counsel requests, that Mr. Villasenor "has been a victim of criminal activity and was helpful in the investigation or prosecution of that criminal activity." Mr. Villasenor's own contentions in the enclosed citizen complaint form he filed with the Fairfield Police Department cannot supply the proper basis for that requested judicial finding, especially given that Mr. Villasenor's case in this court was dismissed with prejudice. If Mr. Villasenor was indeed a victim of criminal activity and helpful with the investigation or prosecution of that criminal activity, the applicable investigating or prosecuting authorities would be in the best position to acknowledge or certify such efforts.

Accordingly, IT IS HEREBY ORDERED that:

1. Mr. Phavasiri's request on behalf of Mr. Villasenor is DENIED as procedurally and substantively improper, and the court DECLINES to sign the enclosed I-918 Supplement B.
2. The Clerk of Court shall file the August 23, 2018 letter and enclosed documents on the docket in this action, along with this order.
3. The Clerk of Court shall serve a copy of this order on Mr. Phavasiri at the address provided in the letter.

////

---

[1] The August 23, 2018 letter references a Wisconsin State Bar number, although the letter provides a return address for a PO Box in San Francisco, California.

2

4. No further filings will be entertained in this long-closed case.

Dated: August 29, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE